[No. 13151–0–II.   Division Two.   February 28, 1991.]

RHONDA M. ANDREWS, *Appellant,* v. THE STATE
OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 87–2–03832–2, Brian M. Tollefson, J., entered
August 11, 1989. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Petrich and Morgan, JJ.

[No. 13188–9–II.   Division Two.   February 28, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. GARY G.
WYATT, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 88–1–02138–6, Thomas A. Swayze, Jr., J.,
entered September 8, 1989. *Reversed* by unpublished opin-
ion per Alexander, J., concurred in by Petrich, A.C.J., and
Morgan, J.

[No. 10496–6–III.   Division Three.   February 28, 1991.]

WILLIAM SACHA, ET AL, *Respondents,* v. GILBERT
GRUDZINSKI, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 89–2–00187–1, Carolyn A. Brown, J.,
entered December 20, 1989. *Reversed* by unpublished opin-
ion per Green, C.J., concurred in by Thompson and Shields,
JJ.